**LAW OFFICE OF DAVID A. TORRES**
Attorney at Law, SBN 135059
1318 K Street
Bakersfield, CA 93301
Ph.: (661)326-0857
Fax.: (661) 326-0936
e-mail: lawtorres@aol.com

Attorney for Defendant
JORGE REYES

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JORGE REYES<br><br>    Defendant, | Case No.: 10-CR-00379 AWI<br><br>**STIPULATION AND PROPOSED ORDER TO CONTINUE STATUS CONFERENCE HEARING** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE:

ANTHONY W. ISHII AND KAREN ANN ESCOBAR, UNITED STATES ATTORNEY:

**COMES NOW** Defendant, JORGE REYES by and through his attorney of record, DAVID A. TORRES hereby requesting that the status conference currently set for April 18, 2011 be continued to May 16, 2011 at 9:00 a.m., or a date convenient to court and counsel.

This is a mutual agreement between myself, and United States Attorney KAREN ANN ESCOBAR. I had arthroscopic surgery on Wednesday, April 13, 2011. I will require a recovering period and will need to wear an ultra sling for 6 weeks post surgery. Defendant is prepared to enter a plea at the next court hearing.

**The defendant is willing to continue, excluding time through the next court appearance and that the ends of justice in the exclusion outweigh defendant's speedy trial rights.**

Based upon the foregoing, I respectfully request that this matter be continued to May 16, 2011

The parties also agree that the delay resulting from the continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §3161 (h)(7)(A) and §3161 (h)(7)(B)(i) & (iv).

IT IS SO STIPULATED.

Dated: 4/15/11                                        /s/ David A. Torres
                                                            DAVID A. TORRES
                                                            Attorney for Defendant
                                                            JOSE ANTONIO MORENO LOPEZ

Dated: 4/15/11                                        /s/ Karen Ann Escobar
                                                            KAREN ANN ESCOBAR
                                                            Assistant U. S. Attorney

**ORDER**

IT IS SO ORDERED. Time is excluded in the interest of justice pursuant to 18 U.S.C. §3161(h)(7)(A) and §3161 (h)(7)(B)(i) & (iv).

IT IS SO ORDERED.

Dated:   April 15, 2011                                                          _____
                                                                                                CHIEF UNITED STATES DISTRICT JUDGE