**LAW OFFICE OF DAVID A. TORRES**
Attorney at Law, SBN 135059
1318 K Street
Bakersfield, CA 93301
Ph.: (661)326-0857
Fax.: (661) 326-0936
e-mail: lawtorres@aol.com

Attorney for Defendant
JORGE REYES

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>JORGE REYES<br><br>　　　　　　　Defendant, | Case No.: 10-CR-00379 AWI<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE:

ANTHONY W. ISHII AND KAREN ANN ESCOBAR,  UNITED STATES ATTORNEY:

　　　**COMES NOW** Defendant, JORGE REYES by and through his attorney of record, DAVID A. TORRES hereby requesting that the sentencing hearing currently set for July 25, 2011, be continued to September 19, 2011 at 9:00 a.m., or a date convenient to court and counsel.

　　　This is a mutual agreement between myself, and United States Attorney KAREN ANN ESCOBAR. Due to the recent move of federal inmates to the Kern County Jail, transportation and interview dates are limited.  The United States Probation Officer, Tim Mechem, was unable to schedule a meeting with Mr. Reyes within the time specified.  A meeting must be scheduled to

1  allow Officer Tim Mechem to prepare a Presentening Investigation Report.

2  **The defendant is willing to continue, excluding time through the next court**
3  **appearance and that the ends of justice in the exclusion outweigh defendant's speedy trial**
4  **rights.**

5  Based upon the foregoing, I respectfully request that this matter be continued to
6  September 19, 2011

7  The parties also agree that the delay resulting from the continuance shall be excluded in
8  the interest of justice pursuant to 18 U.S.C. §3161 (h)(7)(A) and §3161 (h)(7)(B)(i) & (iv).

9  IT IS SO STIPULATED.

11  Dated: June 28, 2011                    /s/ David A. Torres
                                            DAVID A. TORRES
12                                          Attorney for Defendant
                                            JORGE REYES

14
15  Dated: June 28, 2011                    /s/ Karen Ann Escobar
                                            KAREN ANN ESCOBAR
                                            Assistant U. S. Attorney

# ORDER

IT IS SO ORDERED. Time is excluded in the interest of justice pursuant to 18 U.S.C. §3161(h)(7)(A) and §3161 (h)(7)(B)(i) & (iv).

IT IS SO ORDERED.

Dated:   June 28, 2011

CHIEF UNITED STATES DISTRICT JUDGE