Case 1:10-cr-00379-AWI   Document 89   Filed 01/10/12   Page 1 of 2

```
BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:10-cr-00379 AWI |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND ORDER |
| | ) | TO CONTINUE SENTENCING |
| | ) | |
| JORGE REYES, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Defendant JORGE REYES, by and through his attorney, DAVID TORRES, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby enter into the following stipulation:

1. The parties to the above-captioned matter agree to vacate the current sentencing hearing date of January 17, 2012, and reset the hearing for February 21, 2012, at 9:00 a.m.

2. The parties stipulate that the continuance is necessitated by the unavailability of the government's attorney, who has an

1

1  oral argument recently scheduled by the Ninth Circuit on January
2  17.
3  DATED: January 9, 2011                    Respectfully submitted,
4                                            BENJAMIN B. WAGNER
                                              United States Attorney
5
                                              By: /s/ Karen A. Escobar
6                                                KAREN A. ESCOBAR
                                              Assistant U.S. Attorney
7

8                                             /s/ David Torres
                                              DAVID TORRES
9                                             Attorney for Defendant
                                              JORGE REYES
10
                       O R D E R
11
       Having read and considered the foregoing stipulation,
12
       IT IS THE ORDER of the Court that the current sentencing
13
   hearing date of January 17, 2012, is hereby vacated and is reset
14
   for February 21, 2012, at 9:00 a.m.
15
   IT IS SO ORDERED.
16

17 Dated:     January 10, 2012         _____/s/_____
                                       CHIEF UNITED STATES DISTRICT JUDGE
18

19

20

21

22

23

24

25

26

27

28

                                    2